CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

JUL 3 1 2008

JOHN F. CORCORAN, CLERK
BY:
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| DAVID F. SPRINKLE, | ) | |
|     Plaintiff, | ) | Civil Action No. 7:08cv00430 |
| | ) | |
| v. | ) | **FINAL ORDER** |
| | ) | |
| EARL BARKSDALE, | ) | By: Hon. Glen E. Conrad |
|     Defendant. | ) | United States District Judge |

In accordance with the memorandum opinion entered this day, it is hereby

**ADJUDGED AND ORDERED**

that plaintiff's motion seeking interlocutory relief is **DENIED**. The Clerk is hereby **DIRECTED** to file the motion as a new civil action pursuant to 42 U.S.C. § 1983, and appropriate orders regarding such civil action will be issued in due course.

The Clerk is directed to send copies of this order and accompanying memorandum opinion to plaintiff. The Clerk is further directed to include a form for filing a complaint pursuant to 42 U.S.C. § 1983 with the memorandum opinion and order.

ENTER: This 31st day of July, 2008.

                                          /s/ Glen E. Conrad
                                          United States District Judge