CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

OCT 0 7 2008

JOHN F. CORCORAN, CLERK
BY:
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| DAVID F. SPRINKLE, <br> Plaintiff, | ) <br> ) Civil Action No. 7:08-cv-00430 <br> ) |
| v. | ) **ORDER** <br> ) |
| EARL BARKSDALE, et al., <br> Defendant(s). | ) By: Hon. Glen E. Conrad <br> ) United States District Judge |

In accordance with the accompanying memorandum opinion, it is hereby

**ADJUDGED AND ORDERED**

that plaintiff's motions for interlocutory injunctive relief (Dkt. Nos. 22 & 29) are **DENIED**, but that plaintiff's complaint is hereby amended to include the allegations in these pleadings and in Dkt. No. 33, concerning his pain medication. Plaintiff is advised that this order does not deny relief as to his other claims for relief, however; it merely finds that court intervention at this early stage of the lawsuit is not appropriate.

The Clerk is directed to send copies of this order and the accompanying memorandum opinion to plaintiff and to counsel for the defendants.

ENTER: This 7th day of October, 2008.

_____
United States District Judge