CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

JUL 0 6 2009

JOHN F. CORCORAN, CLERK
BY:
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| DAVID F. SPRINKLE, | ) |
| Plaintiff, | ) Case No. 7:08CV00430 |
| v. | ) ORDER |
| EARL BARKSDALE, ET AL., | ) By: Glen E. Conrad<br>) United States District Judge |
| Defendants. | ) |

In accordance with the accompanying memorandum opinion, it is hereby

**ORDERED**

as follows:

1. Defendants' motion for summary judgment is **GRANTED**;

2. Defendant DiGiovanni's motion to dismiss (Dkt. No. 45) is **GRANTED**;

3. The motion to dismiss filed by the other medical defendants (Dkt. No. 53) is **GRANTED** in part and **DENIED** in part; the motion is **GRANTED** as to Defendants Elko, Driskoll, and Sams, but is **DENIED** as to Defendants Cypress and Downs with regard to plaintiff's claims, as outlined in the memorandum opinion, that these defendants acted with deliberate indifferent to his serious medical need for pain medication. These defendants are directed to file an answer and any other dispositive motion within twenty (20) days from entry of this order; and

4. The clerk shall terminate the following defendants from the action: Mosley, Stephens, Schilling, Ratcliff-Walker, Booker, Mason, Harper, Dent, Smith, Elko, Driskoll, Sams, and Degiovanni;[14]

ENTER: This 6th day of July, 2009.

_____
United States District Judge

---

[14] Warden Barksdale will not be terminated as a party at this time.