CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

DEC 3 0 2009

JOHN F. CORCORAN, CLERK
BY:
   DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| DAVID F. SPRINKLE, | ) |
| Plaintiff, | ) Case No. 7:08CV00430 |
| v. | ) |
| | ) **FINAL ORDER** |
| EARL BARKSDALE, ET AL., | ) By: Glen E. Conrad |
| | ) United States District Judge |
| Defendants. | ) |

In accordance with the accompanying memorandum opinion, it is hereby

**ORDERED**

that the motion for summary judgment filed by Defendants Cypress and Downes is **GRANTED**; all claims against Defendant Hardy are **DISMISSED** without prejudice, pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii), for failure to state a claim; and the action is hereby stricken from the active docket of the court.

ENTER: This 30th day of December, 2009.

United States District Judge